IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

FILED

FEB   3 2012

CLERK, U.S DISTRICT COURT
NORFOLK VA

EVELYN SAWYER as Administratrix
of the ESTATE OF DOUGLAS POOLE

      Plaintiff,

v.

CONMED, INC.,
ABDUL JAMALUDEEN, M.D.,
TYRANE HERRIOTT, R.N.,
JOHN AND JANE DOES

      Defendants.

Civil Action No. 2:11CV446

## DISMISSAL ORDER

COMES NOW Plaintiff Evelyn Sawyer, Administratrix of the Estate of Douglas Poole,
by counsel, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and seeks
dismissal with prejudice of Defendant Tyrane Herriott as to all claims arising out of the care and
treatment of Douglas Poole at the Virginia Beach Jail; and

IT APPEARING TO THE COURT that the Defendants are not opposed to entry of such
and order and that dismissal is otherwise proper; it is hereby

ADJUDGED, ORDERED AND DECREED that Defendant Tyrane Herriott, R.N. is
hereby dismissed with prejudice from this matter; and

3 Feb. 2012

/s/

_____
Robert G. Doumar
Senior United States District Judge

The Clerk is directed to send a certified copy of this order to all counsel of record, and

THIS MATTER CONTINUES.

ENTERED this ___ day of _____, 2012.

_____
The Honorable Robert G. Doumar

WE ASK FOR THIS:

/s/
_____
Robert G. Doumar
Senior United States District Judge

_____
John F. Sawyer, Esquire (VSB No: 65902)
Samuel W. Meekins, Esquire (VSB No: 19682)
Wolcott Rivers Gates
301 Bendix Road, Suite 500
Virginia Beach, VA 23452
(757) 497-6633 – Telephone
(757) 687-3678 – Facsimile

_____
Jack Meyerson, Esquire (PSB No: 16405)
Bethany R. Nikitenko, Esquire (PSB No: 206374)
Meyerson & O'Neill
1700 Market Street, Suite 3025
Philadelphia, PA 19103
Phone: 215-972-1376
Fax: 215-972-0277
**Co-Counsel for the Plaintiff**

_____
Joel M. McCray, Esq. (VSB #38416)
Ruth T. Griggs (VSB #71037)
SANDS ANDERSON PC
1111 East Main Street, Ste. 2400
Post Office Box 1998
Richmond, Virginia 23218-1998